BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Genesis Healthcare, Inc. | § | |
| | § | Case No.:  25−80185−sgj11 |
| Debtor(s) | § | Chapter No.:  11 |
| | § | |
| Estate of Alma Brown, et al. | § | |
| Appellant(s) | § | |
| vs. | § | |
| 1 Glen Hill Road Operations LLC, et al. | § | |
| Appellee(s) | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

- ☐ The Proposed Findings of Fact and Conclusions of Law.

- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☐ Other

- ☑ Copies of: Notice of appeal[1645] appealed order [1527] and suporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED:  11/21/2025                    FOR THE COURT:
                                     Stephen J Manz, Clerk of Court

                                     by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.:  25–80185–sgj11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Brock Giles
    Attorney(s) for Appellant
    US Trustee

**Appellant**   Estate of Alma Brown, Estate of Andrea Dominquez, Estate of Don Arrington, Estate of Eloy Medina, Estate of Emden Syres, Estate of Eshter Monje, Estate of Faustina Tinkham, Estate of Gloria Quintana, Estate of James Chavis, Estate of Jane Handley, Estate of Janet Copsy, Estate of Jerry Jones, Estate of Johnny Chewiwi, Estate of Laura Dinkins, Estate of Linda Medlock, Estate of Lorna Charles, Estate of Manuel Salaiz, Estate of Paul Baca, Estate of Ruben Montoya, Estate of Shearron Mitchell, Estate of Stella Lucero, Estate of Nicy Austin, Adam Gomez, Sheila Leakey–OBrien, Georgia Romero, Vikki Romo, Yvonne Tellez–Ramirez, and Dina Pacheco.

Brown Rudnick LLP
David J. Molton
Eric R. Goodman
Gerard T. Cicero
Seven Times Square
New York, New York 10036
Telephone: (212) 209–4800

Stutzman, Bromberg, Esserman & Plifka,
PC
Sander L. Esserman
Peter C. DApice
2323 Bryan Street, Ste. 2200
Dallas, Texas 75201–2689
Telephone: (214) 969–4900

Marks, Balette, Young & Moss PLLC
Jacques G. Balette
7521 Westview Dr
Houston, Texas 77055
Telephone: (713) 681–4830

**Appellee**   1 Glen Hill Road Operations LLC, 1 Sutphin Drive Operations LLC, 10 Woodland Drive Operations LLC, 100 Abbeyville Road Operations LLC, 100 Chambers Street Operations LLC, 100 W. Queen Street Operations LLC, 105 Chester Road Operations LLC, 1000 Lincoln Drive Operations LLC, 1008 Thompson Street Operations LLC, 101 13th Street Operations LLC, 101 Development Group, LLC, 1020 South Main Street Operations LLC, 106 Tyree Street Operations LLC, 1070 Stouffer Avenue Operations LLC, 11 Dairy Lane Operations LLC, 1100 Norman

Eskridge Highway Operations LLC, 1104 Welsh Road Operations LLC, 1105 Perry Highway Operations LLC, 113 W. McMurray Road Operations LLC, 115 S. Providence Road Operations LLC, 12–15 Saddle River Road Operations LLC, 1245 Church Road Operations LLC, 1248 Hospital Drive Operations LLC, 125 Holly Road Operations LLC, 128 East State Street Associates, LLC, 136 Donahoe Manor Road Operations LLC, 1361 Route 72 West Operations LLC, 1539 Country Club Road Operations LLC, 1543 Country Club Road Manor Operations LLC, 161 Bakers Ridge Road Operations LLC, 1631 Ritter Drive Operations LLC, 1650 Galisteo Street Operations LLC, 1680 Spring Creek Road Operations LLC, 1700 Market Street Operations LLC, 1700 Pine Street Operations LLC, 175 Blueberry Lane Operations LLC, 1770 Barley Road Operations LLC, 1848 Greentree Road Operations LLC, 191 Hackett Hill Road Operations LLC, 2 Blackberry Lane Operations LLC, 20 Maitland Street Operations LLC, 200 Pauline Drive Operations LLC, 200 Reynolds Avenue Operations LLC, 200 South Ritchie Avenue Operations LLC, 201 Wood Street Operations LLC, 2021 Westgate Drive Operations LLC, 2029 Westgate Drive Operations LLC, 2101 Fairland Road Operations LLC, 211–213 Ana Drive Operations LLC, 2125 Elizabeth Avenue Operations LLC, 22 Tuck Road Operations LLC, 225 Evergreen Road Operations LLC, 227 Evergreen Road Operations LLC, 23 Fair Street Operations LLC, 23 Fair Street Property, LLC, 24 Old Etna Road Operations LLC, 2400 Kingston Court Operations LLC, 25 East Lindsley Road Operations LLC, 25 Ridgewood Road Operations LLC, 2507 Chestnut Street Operations LLC, 2600 Northampton Street Operations LLC, 262 Toll Gate Road Operations LLC, 2720 Charles Town Road Operations LLC, 279 Cabot Street Operations LLC, 279 Cabot Street Property, LLC, 2800 Palo Parkway Operations LLC, 290 Hanover Street Operations LLC, 292 Applegarth Road Operations LLC, 3 Industrial Way East Operations LLC, 30 West Avenue Operations LLC, 300 Pearl Street Operations LLC, 3000 Windmill Road Operations LLC, 302 Cedar Ridge Road Operations LLC, 330 Franklin Turnpike Operations LLC, 333 Green End Avenue Operations LLC, 3430 Huntingdon Pike Operations LLC, 3485 Davisville Road Operations II LLC, 3514 Fowler Avenue Operations LLC, 3590 Washington Pike Operations LLC, 3720 Church Rock Street Operations LLC, 390 Red School Lane Operations LLC, 40 Crosby Street Operations LLC, 40 Whitehall Road Operations LLC, 40 Whitehall Road Property LLC, 400 McKinley Avenue Operations LLC, 4140 Old Washington Highway Operations LLC, 419 Harding Street Operations LLC, 422 23rd Street Operations LLC, 425 Buttonwood Street Operations LLC, 450 East Philadelphia Avenue Operations LLC, 462 Main Street Operations LLC, 50 Mulberry Tree Street Operations LLC, 50 Pheasant Road Operations LLC, 500 East Philadelphia Avenue Operations LLC, 501 Thomas Jones Way Operations LLC, 505 Weyman Road Operations LLC, 530 Macoby Street Operations LLC, 54 Sharp Street Operations LLC, 5485 Perkiomen Avenue Operations LLC, 550 South Negley Avenue Operations LLC, 5609 Fifth Avenue Operations LLC, 590 North Poplar Fork Road Operations LLC, 60 Highland Road Operations LLC, 600 Paoli Pointe Drive Operations LLC, 600 W. Valley Forge Road Operations LLC, 613 Hammonds Lane Operations LLC, 624 N. Converse Street Property, LLC, 640 Bethlehem Pike Operations LLC, 642 Metacom Avenue Operations LLC, 660 Commonwealth Avenue Operations LLC, 677 Court Street Operations LLC, 7 Baldwin Street Operations LLC, 700 Marvel Road Operations LLC, 700 Town Bank Road Operations LLC, 715 East King Street Operations LLC, 723 Summers Street Operations LLC, 724 N. Charlotte Street Operations LLC, 735 Putnam Pike Operations LLC, 75 Hickle Street Operations LLC, 777 Lafayette Road Operations LLC, 8 Rose Street Operations LLC, 8 Snow Road Operations LLC, 80 Maddex Drive Operations LLC, 800 Court Street Circle Operations LLC, 803 Hacienda Lane Operations LLC, 885 MacBeth Drive Operations LLC, 8100 Washington Lane Operations LLC, 825 Summit Street Operations LLC, 84 Cold Hill Road Operations LLC, 840 Lee Road Operations LLC, 850 12th Avenue Property, LLC, 867 York Road Operations LLC, 900 Tuck Street Operations LLC, 91 Country Village Road Operations LLC, 940 Walnut Bottom Road Operations LLC, 98 Hospitality Drive Operations LLC, Albuquerque Heights Healthcare and Rehabilitation Center, LLC, Albuquerque Heights Property, LLC, Belen Meadows Healthcare and Rehabilitation Center, LLC, Belfast Operations, LLC, Brier Oak on Sunset, LLC, Camden Operations, LLC, Canyon Albuquerque Property, LLC, Canyon Transitional Rehabilitation Center, LLC, Clovis Healthcare and Rehabilitation Center, LLC, Courtyard JV LLC, Encore GC Acquisition LLC, Encore Pediatrics, LLC, Encore Preakness, LLC, Encore Rehabilitation Services, LLC, Falmouth Operations, LLC, Farmington Operations, LLC, FC–GEN Operations Investment, LLC, Five Ninety Six Sheldon Road Operations LLC, Forty Six Nichols Street Operations LLC, Fountain Holdco, LLC, Franklin Woods JV LLC, GEN BQ JV Holdings, LLC, GEN CCG JV Holdings LLC, GEN Operations I, LLC, GEN Operations II, LLC, GEN SF JV Holdings, LLC, GEN–CCG WO Master Tenant LLC, GEN–Next Holdco I LLC, Genesis Administrative Services LLC, Genesis CT Holdings LLC, Genesis CT XCL Operations LLC, Genesis DE Holdings LLC, Genesis Dynasty Operations LLC, Genesis Eldercare Network Services, LLC, Genesis ElderCare Physician Services, LLC, Genesis Healthcare, Inc., Genesis HealthCare LLC, Genesis HealthCare of Maine, LLC, Genesis Holdings LLC, Genesis MA Holdings LLC, Genesis MD Holdings LLC, Genesis Midwest II Operations LLC, Genesis NH Holdings LLC, Genesis NHG Operations LLC, Genesis NHG–GEN Operations LLC, Genesis NJ Holdings LLC, Genesis OMG Operations LLC, Genesis Operations III LLC, Genesis Operations IV LLC, Genesis Operations LLC, Genesis Operations V LLC, Genesis Operations VI LLC, Genesis Orion Operations LLC, Genesis PA Holdings LLC, Genesis Partnership LLC, Genesis Physician Services MSO, LLC, Genesis PM CO Operations LLC, Genesis PM NJ Operations LLC, Genesis PM PA Operations LLC, Genesis RI Holdings LLC, Genesis SNI Operations LLC, Genesis Tang Operations LLC, Genesis VA Holdings LLC, Genesis VT Holdings LLC, Genesis WV Holdings LLC, GHC Holdings LLC, GHC JV Holdings LLC, GHC Payroll LLC, GHC TX Operations LLC, Granite Ledges JV LLC, Harborside Danbury Limited Partnership, Harborside Health I LLC, Harborside Healthcare Advisors Limited Partnership, Harborside Healthcare Limited Partnership, Harborside Healthcare, LLC, Harborside New Hampshire Limited Partnership, Harborside Rhode Island Limited Partnership, Harborside Toledo Business LLC, HBR Kentucky, LLC, HBR Trumbull, LLC, HC 63 Operations LLC, Kansas City Transitional Care Center, LLC, Kennebunk Operations, LLC, Kennett Center,

L.P., KHI LLC, Leasehold Resource Group, LLC, Lewiston Operations, LLC, LTC ACO, LLC, Maryland Harborside, LLC, Magnolia JV LLC, Metro Therapy, Inc., Nine Haywood Avenue Operations LLC, Odd Lot LLC, Orono Operations, LLC, PAI Participant 1, LLC, PAI Participant 2, LLC, PAI Participant 3, LLC, PAI Participant 4, LLC, PBR Intermediate Holdings, LLC, PDDTSE, LLC, Peak Medical Assisted Living, LLC, Peak Medical Las Cruces No. 2, LLC, Peak Medical Las Cruces, LLC, Peak Medical New Mexico No. 3, LLC, Peak Medical Roswell, LLC, Peak Medical, LLC, Pine Tree Villa LLC, Post–Acute Innovations, LLC, Powerback Pediatrics of Arkansas, LLC, Powerback Pediatrics of Georgia, LLC, Powerback Pediatrics of Missouri, LLC, Powerback Pediatrics of Nebraska, LLC, Powerback Pediatrics of South Carolina, LLC, Powerback Pediatrics of Vermont, LLC, Powerback Rehabilitation, LLC, PRMC/GEC at Salisbury Center, LLC, Property Resource Holdings, LLC, Regency Health Services, LLC, Respiratory Health Services LLC, Romney Health Care Center Limited Partnership, Route 92 Operations LLC, Saddle Shop Road Operations LLC, Salisbury JV LLC, Scarborough Operations, LLC, SHG Partnership, LLC, SHG Resources, LLC, Skies Healthcare and Rehabilitation Center, LLC, Skiles Avenue and Sterling Drive Urban Renewal Operations LLC, Skilled Healthcare, LLC, Skowhegan SNF Operations, LLC, St. Anthony Healthcare and Rehabilitation Center, LLC, St. Catherine Healthcare and Rehabilitation Center, LLC, St. John Healthcare and Rehabilitation Center, LLC, St. Theresa Healthcare and Rehabilitation Center, LLC, State Street Associates, L.P., State Street Kennett Square, LLC, Stillwell Road Operations LLC, Summit Care Parent, LLC, Summit Care, LLC, Sun Healthcare Group, Inc., SunBridge Beckley Health Care LLC, SunBridge Care Enterprises, LLC, SunBridge Clipper Home of North Conway, LLC, SunBridge Clipper Home of Wolfeboro, LLC, SunBridge Dunbar Health Care LLC, SunBridge Gardendale Health Care Center, LLC, SunBridge Goodwin Nursing Home, LLC, SunBridge Healthcare, LLC, SunBridge Nursing Home, LLC, SunBridge Putnam Health Care LLC, SunBridge Regency–North Carolina, LLC, SunBridge Regency–Tennessee, LLC, SunBridge Retirement Care Associates, LLC, SunBridge Salem Health Care LLC, SunDance Rehabilitation Agency, LLC, SunDance Rehabilitation Holdco, Inc., SunDance Rehabilitation, LLC, The Rehabilitation Center of Albuquerque, LLC, Thirty Five Bel–Aire Drive SNF Operations LLC, Three Mile Curve Operations LLC, Waterville SNF Operations LLC, Westbrook Operations, LLC, and Westwood Medical Park Operations LLC,

McDermott Will & Schulte LLP
Daniel M. Simon
William A. Guerrieri
Catherine Lee
Landon Foody
444 West Lake Street
Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372–2000

McDermott Will & Schulte LLP
Marcus A. Helt
Jack G. Haake
Grayson Williams
Landon Foody
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201–1574
Telephone: (214) 295–8000

BTXN 049 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Genesis Healthcare, Inc. | § | |
| | § | Case No.:  25−80185−sgj11 |
| Debtor(s) | § | Chapter No.:  11 |
| Estate of Alma Brown, et al. | § | |
| Appellant(s) | § | |
| vs. | § | |
| 1 Glen Hill Road Operations LLC, et al. | § | |
| Appellee(s) | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

- ☐ The Proposed Findings of Fact and Conclusions of Law.

- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☐ Other

- ☑ Copies of: Notice of appeal, appealed order [1269] and suporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED:  10/31/25                    FOR THE COURT:
                                    Stephen J Manz, Clerk of Court

                                    by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPEAL SERVICE LIST

### Transmission of the Record

BK Case No.: _25–80185–sgj11_

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Brock Giles
    Attorney(s) for Appellant
    US Trustee

**Appellant**   Estate of Alma Brown, Estate of Andrea Dominquez, Estate of Don Arrington, Estate of Eloy Medina, Estate of Emden Syres, Estate of Eshter Monje, Estate of Faustina Tinkham, Estate of Gloria Quintana, Estate of James Chavis, Estate of Jane Handley, Estate of Janet Copsy, Estate of Jerry Jones, Estate of Johnny Chewiwi, Estate of Laura Dinkins, Estate of Linda Medlock, Estate of Lorna Charles, Estate of Manuel Salaiz, Estate of Paul Baca, Estate of Ruben Montoya, Estate of Shearron Mitchell, Estate of Stella Lucero, Estate of Nicy Austin, Adam Gomez, Sheila Leakey–OBrien, Georgia Romero, Vikki Romo, Yvonne Tellez–Ramirez, and Dina Pacheco.

Brown Rudnick LLP
David J. Molton
Eric R. Goodman
Gerard T. Cicero
Seven Times Square
New York, New York 10036
Telephone: (212) 209–4800

Stutzman, Bromberg, Esserman & Plifka,
PC
Sander L. Esserman
Peter C. DApice
2323 Bryan Street, Ste. 2200
Dallas, Texas 75201–2689
Telephone: (214) 969–4900

Marks, Balette, Young & Moss PLLC
Jacques G. Balette
7521 Westview Dr
Houston, Texas 77055
Telephone: (713) 681–4830

**Appellee**   1 Glen Hill Road Operations LLC, 1 Sutphin Drive Operations LLC, 10 Woodland Drive Operations LLC, 100 Abbeyville Road Operations LLC, 100 Chambers Street Operations LLC, 100 W. Queen Street Operations LLC, 105 Chester Road Operations LLC, 1000 Lincoln Drive Operations LLC, 1008 Thompson Street Operations LLC, 101 13th Street Operations LLC, 101 Development Group, LLC, 1020 South Main Street Operations LLC, 106 Tyree Street Operations LLC, 1070 Stouffer Avenue Operations LLC, 11 Dairy Lane Operations LLC, 1100 Norman

Eskridge Highway Operations LLC, 1104 Welsh Road Operations LLC, 1105 Perry Highway Operations LLC, 113 W. McMurray Road Operations LLC, 115 S. Providence Road Operations LLC, 12–15 Saddle River Road Operations LLC, 1245 Church Road Operations LLC, 1248 Hospital Drive Operations LLC, 125 Holly Road Operations LLC, 128 East State Street Associates, LLC, 136 Donahoe Manor Road Operations LLC, 1361 Route 72 West Operations LLC, 1539 Country Club Road Operations LLC, 1543 Country Club Road Manor Operations LLC, 161 Bakers Ridge Road Operations LLC, 1631 Ritter Drive Operations LLC, 1650 Galisteo Street Operations LLC, 1680 Spring Creek Road Operations LLC, 1700 Market Street Operations LLC, 1700 Pine Street Operations LLC, 175 Blueberry Lane Operations LLC, 1770 Barley Road Operations LLC, 1848 Greentree Road Operations LLC, 191 Hackett Hill Road Operations LLC, 2 Blackberry Lane Operations LLC, 20 Maitland Street Operations LLC, 200 Pauline Drive Operations LLC, 200 Reynolds Avenue Operations LLC, 200 South Ritchie Avenue Operations LLC, 201 Wood Street Operations LLC, 2021 Westgate Drive Operations LLC, 2029 Westgate Drive Operations LLC, 2101 Fairland Road Operations LLC, 211–213 Ana Drive Operations LLC, 2125 Elizabeth Avenue Operations LLC, 22 Tuck Road Operations LLC, 225 Evergreen Road Operations LLC, 227 Evergreen Road Operations LLC, 23 Fair Street Operations LLC, 23 Fair Street Property, LLC, 24 Old Etna Road Operations LLC, 2400 Kingston Court Operations LLC, 25 East Lindsley Road Operations LLC, 25 Ridgewood Road Operations LLC, 2507 Chestnut Street Operations LLC, 2600 Northampton Street Operations LLC, 262 Toll Gate Road Operations LLC, 2720 Charles Town Road Operations LLC, 279 Cabot Street Operations LLC, 279 Cabot Street Property, LLC, 2800 Palo Parkway Operations LLC, 290 Hanover Street Operations LLC, 292 Applegarth Road Operations LLC, 3 Industrial Way East Operations LLC, 30 West Avenue Operations LLC, 300 Pearl Street Operations LLC, 3000 Windmill Road Operations LLC, 302 Cedar Ridge Road Operations LLC, 330 Franklin Turnpike Operations LLC, 333 Green End Avenue Operations LLC, 3430 Huntingdon Pike Operations LLC, 3485 Davisville Road Operations II LLC, 3514 Fowler Avenue Operations LLC, 3590 Washington Pike Operations LLC, 3720 Church Rock Street Operations LLC, 390 Red School Lane Operations LLC, 40 Crosby Street Operations LLC, 40 Whitehall Road Operations LLC, 40 Whitehall Road Property LLC, 400 McKinley Avenue Operations LLC, 4140 Old Washington Highway Operations LLC, 419 Harding Street Operations LLC, 422 23rd Street Operations LLC, 425 Buttonwood Street Operations LLC, 450 East Philadelphia Avenue Operations LLC, 462 Main Street Operations LLC, 50 Mulberry Tree Street Operations LLC, 50 Pheasant Road Operations LLC, 500 East Philadelphia Avenue Operations LLC, 501 Thomas Jones Way Operations LLC, 505 Weyman Road Operations LLC, 530 Macoby Street Operations LLC, 54 Sharp Street Operations LLC, 5485 Perkiomen Avenue Operations LLC, 550 South Negley Avenue Operations LLC, 5609 Fifth Avenue Operations LLC, 590 North Poplar Fork Road Operations LLC, 60 Highland Road Operations LLC, 600 Paoli Pointe Drive Operations LLC, 600 W. Valley Forge Road Operations LLC, 613 Hammonds Lane Operations LLC, 624 N. Converse Street Property, LLC, 640 Bethlehem Pike Operations LLC, 642 Metacom Avenue Operations LLC, 660 Commonwealth Avenue Operations LLC, 677 Court Street Operations LLC, 7 Baldwin Street Operations LLC, 700 Marvel Road Operations LLC, 700 Town Bank Road Operations LLC, 715 East King Street Operations LLC, 723 Summers Street Operations LLC, 724 N. Charlotte Street Operations LLC, 735 Putnam Pike Operations LLC, 75 Hickle Street Operations LLC, 777 Lafayette Road Operations LLC, 8 Rose Street Operations LLC, 8 Snow Road Operations LLC, 80 Maddex Drive Operations LLC, 800 Court Street Circle Operations LLC, 803 Hacienda Lane Operations LLC, 885 MacBeth Drive Operations LLC, 8100 Washington Lane Operations LLC, 825 Summit Street Operations LLC, 84 Cold Hill Road Operations LLC, 840 Lee Road Operations LLC, 850 12th Avenue Property, LLC, 867 York Road Operations LLC, 900 Tuck Street Operations LLC, 91 Country Village Road Operations LLC, 940 Walnut Bottom Road Operations LLC, 98 Hospitality Drive Operations LLC, Albuquerque Heights Healthcare and Rehabilitation Center, LLC, Albuquerque Heights Property, LLC, Belen Meadows Healthcare and Rehabilitation Center, LLC, Belfast Operations, LLC, Brier Oak on Sunset, LLC, Camden Operations, LLC, Canyon Albuquerque Property, LLC, Canyon Transitional Rehabilitation Center, LLC, Clovis Healthcare and Rehabilitation Center, LLC, Courtyard JV LLC, Encore GC Acquisition LLC, Encore Pediatrics, LLC, Encore Preakness, LLC, Encore Rehabilitation Services, LLC, Falmouth Operations, LLC, Farmington Operations, LLC, FC–GEN Operations Investment, LLC, Five Ninety Six Sheldon Road Operations LLC, Forty Six Nichols Street Operations LLC, Fountain Holdco, LLC, Franklin Woods JV LLC, GEN BQ JV Holdings, LLC, GEN CCG JV Holdings LLC, GEN Operations I, LLC, GEN Operations II, LLC, GEN SF JV Holdings, LLC, GEN–CCG WO Master Tenant LLC, GEN–Next Holdco I LLC, Genesis Administrative Services LLC, Genesis CT Holdings LLC, Genesis CT XCL Operations LLC, Genesis DE Holdings LLC, Genesis Dynasty Operations LLC, Genesis Eldercare Network Services, LLC, Genesis ElderCare Physician Services, LLC, Genesis Healthcare, Inc., Genesis HealthCare LLC, Genesis HealthCare of Maine, LLC, Genesis Holdings LLC, Genesis MA Holdings LLC, Genesis MD Holdings LLC, Genesis Midwest II Operations LLC, Genesis NH Holdings LLC, Genesis NHG Operations LLC, Genesis NHG–GEN Operations LLC, Genesis NJ Holdings LLC, Genesis OMG Operations LLC, Genesis Operations III LLC, Genesis Operations IV LLC, Genesis Operations LLC, Genesis Operations V LLC, Genesis Operations VI LLC, Genesis Orion Operations LLC, Genesis PA Holdings LLC, Genesis Partnership LLC, Genesis Physician Services MSO, LLC, Genesis PM CO Operations LLC, Genesis PM NJ Operations LLC, Genesis PM PA Operations LLC, Genesis RI Holdings LLC, Genesis SNI Operations LLC, Genesis Tang Operations LLC, Genesis VA Holdings LLC, Genesis VT Holdings LLC, Genesis WV Holdings LLC, GHC Holdings LLC, GHC JV Holdings LLC, GHC Payroll LLC, GHC TX Operations LLC, Granite Ledges JV LLC, Harborside Danbury Limited Partnership, Harborside Health I LLC, Harborside Healthcare Advisors Limited Partnership, Harborside Healthcare Limited Partnership, Harborside Healthcare, LLC, Harborside New Hampshire Limited Partnership, Harborside Rhode Island Limited Partnership, Harborside Toledo Business LLC, HBR Kentucky, LLC, HBR Trumbull, LLC, HC 63 Operations LLC, Kansas City Transitional Care Center, LLC, Kennebunk Operations, LLC, Kennett Center,

L.P., KHI LLC, Leasehold Resource Group, LLC, Lewiston Operations, LLC, LTC ACO, LLC, Maryland Harborside, LLC, Magnolia JV LLC, Metro Therapy, Inc., Nine Haywood Avenue Operations LLC, Odd Lot LLC, Orono Operations, LLC, PAI Participant 1, LLC, PAI Participant 2, LLC, PAI Participant 3, LLC, PAI Participant 4, LLC, PBR Intermediate Holdings, LLC, PDDTSE, LLC, Peak Medical Assisted Living, LLC, Peak Medical Las Cruces No. 2, LLC, Peak Medical Las Cruces, LLC, Peak Medical New Mexico No. 3, LLC, Peak Medical Roswell, LLC, Peak Medical, LLC, Pine Tree Villa LLC, Post–Acute Innovations, LLC, Powerback Pediatrics of Arkansas, LLC, Powerback Pediatrics of Georgia, LLC, Powerback Pediatrics of Missouri, LLC, Powerback Pediatrics of Nebraska, LLC, Powerback Pediatrics of South Carolina, LLC, Powerback Pediatrics of Vermont, LLC, Powerback Rehabilitation, LLC, PRMC/GEC at Salisbury Center, LLC, Property Resource Holdings, LLC, Regency Health Services, LLC, Respiratory Health Services LLC, Romney Health Care Center Limited Partnership, Route 92 Operations LLC, Saddle Shop Road Operations LLC, Salisbury JV LLC, Scarborough Operations, LLC, SHG Partnership, LLC, SHG Resources, LLC, Skies Healthcare and Rehabilitation Center, LLC, Skiles Avenue and Sterling Drive Urban Renewal Operations LLC, Skilled Healthcare, LLC, Skowhegan SNF Operations, LLC, St. Anthony Healthcare and Rehabilitation Center, LLC, St. Catherine Healthcare and Rehabilitation Center, LLC, St. John Healthcare and Rehabilitation Center, LLC, St. Theresa Healthcare and Rehabilitation Center, LLC, State Street Associates, L.P., State Street Kennett Square, LLC, Stillwell Road Operations LLC, Summit Care Parent, LLC, Summit Care, LLC, Sun Healthcare Group, Inc., SunBridge Beckley Health Care LLC, SunBridge Care Enterprises, LLC, SunBridge Clipper Home of North Conway, LLC, SunBridge Clipper Home of Wolfeboro, LLC, SunBridge Dunbar Health Care LLC, SunBridge Gardendale Health Care Center, LLC, SunBridge Goodwin Nursing Home, LLC, SunBridge Healthcare, LLC, SunBridge Nursing Home, LLC, SunBridge Putnam Health Care LLC, SunBridge Regency–North Carolina, LLC, SunBridge Regency–Tennessee, LLC, SunBridge Retirement Care Associates, LLC, SunBridge Salem Health Care LLC, SunDance Rehabilitation Agency, LLC, SunDance Rehabilitation Holdco, Inc., SunDance Rehabilitation, LLC, The Rehabilitation Center of Albuquerque, LLC, Thirty Five Bel–Aire Drive SNF Operations LLC, Three Mile Curve Operations LLC, Waterville SNF Operations LLC, Westbrook Operations, LLC, and Westwood Medical Park Operations LLC,

McDermott Will & Schulte LLP
Daniel M. Simon
William A. Guerrieri
Catherine Lee
Landon Foody
444 West Lake Street
Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372–2000

McDermott Will & Schulte LLP
Marcus A. Helt
Jack G. Haake
Grayson Williams
Landon Foody
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201–1574
Telephone: (214) 295–8000

BTXN 150 (rev. 11/10)

| In Re:<br>Genesis Healthcare, Inc.<br><br>Debtor(s) | § § § § | Case No.:  25–80185–sgj11<br>Chapter No.:  11 |
|---|---|---|

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **APPELLANT**
Estate of Alma Brown, et al.

**APPELLEE**
1 Glen Hill Road Operations LLC, et al.

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
See Service List

Attorney's (If Known)
See Service List

## II. BASIS OF JURISDICTION

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. NATURE OF SUIT

- ◉ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157
- ○ 890 Other Statutory Actions

## V. ORIGIN

- ◉ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district
- ○ 6 Multidistrict Litigation
- ○ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
Judge:

Docket Number:  3::25-cv-02559-G, 3:25-cv-02561-L, 3:25-cv-02563-B, 3:25-cv-02720-B, and 3:25-cv-02855-E   3:25-cv-02963-B, 3:25-cv-02964-L  and Case 3:25-cv-03224-S

DATED:  11/21/2025

FOR THE COURT:
Stephen J Manz, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk